### UNITED STATES of America, Plaintiff–Appellee,

v.

**Jerry SANDERS, Defendant–Appellant.**

No. 01–8092.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

---

Jerry Sanders, Appellant Pro Se. Kenneth Davis Bell, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jerry Sanders appeals the district court's orders denying his motion seeking to challenge his conviction and sentence pursuant to Fed.R.Civ.P. 60(b)(4) and denying as moot his motion for ruling on his Rule 60(b) motion. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Sanders,* No. CR–93–34–MU (W.D.N.C. May 4, 2001; Nov. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*